# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>GIBRAN K PERRONE aka GIBRAN KAYLENE PERRONE<br><br>                    Defendant. | Case No. 2:16-CV-02839-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Status Report (ECF No. 17) filed on October 10, 2016, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 23, 2016, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 11, 2016

                                   _____
                                   **OTIS D. WRIGHT, II**
                                   **UNITED STATES DISTRICT JUDGE**